UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM SOTO,<br><br>                    Plaintiff,<br>       v.<br>ARIA RESORT & CASINO, LLC, et al.,<br><br>                    Defendants. | Case No. 2:16-cv-00064-JAD-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 80) |

This matter is before the court on attorneys James P. Kemp and Victoria L. Neal's Motion to Withdraw as Counsel for the Plaintiff (ECF No. 80). The motion represents that irreconcilable differences have arisen between attorneys and counsel which prevent counsel from effectively advocating on behalf of Plaintiff. Mr. Kemp and Ms. Neal therefore seek leave to withdraw as counsel of record.

Discover in this matter has commenced. At the hearing conducted on October 18, 2016, the court advised that it would address the issue of adjusting the discovery deadlines at a hearing in this matter that is scheduled for November 22, 2016.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Kemp and Ms. Neal's Motion to Withdraw (ECF No. 80) is **GRANTED**.

2. The plaintiff shall have until **November 21, 2016,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition

of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute.  See Fed. R. Civ. P. 41(b).

4. A status check regarding Plaintiff's counsel will be conducted **November 22, 2016, at 11:00 a.m.**, in conjunction with the Motion to Compel (ECF No. 70) which is also set for the same date and time.

5. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

> Williams Soto
> 4546 N. Bright Angel Ave.
> Meridian, *Id.*  82646

DATED this 31st day of October, 2016.

                                       PEGGY A. LEEN
                                       UNITED STATES MAGISTRATE JUDGE