UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM SOTO,<br><br>                        Plaintiff,<br>     v.<br>ARIA RESORT & CASINO, LLC, et al.,<br><br>                       Defendants. | Case No. 2:16-cv-00064-JAD-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 94) |

Before the court is Mr. Rabbat's Motion to Withdraw as Counsel for Defendant Philippe Rouas (ECF No. 94). The motion represents that Mr. Rouas has failed to meet his obligations for services rendered by Mr. Rabbat. Mr. Rabbat therefore seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Rabbat's Motion to Withdraw (ECF No. 94) is **GRANTED**.
2. Defendant Philippe Rouas shall have until **February 13, 2017,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.
3. Mr. Rouas' failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge for default judgment against him for failure to prosecute.

/ / /

/ / /

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

Philippe Rouas
4045 S. Buffalo Dr., Suite A101-124
Las Vegas, NV 89147
(702) 756-5636

DATED this 23rd day of January, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2