1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WILLIAM SOTO,

                                        Plaintiff,

        v.

ARIA RESORT & CASINO, LLC, et al.,

                                        Defendants.

Case No. 2:16-cv-00064-JAD-PAL

ORDER

(Mot Ext Time – ECF No. 98)

12      Before the court is Plaintiff William Soto's Motion for Extension of Time to Obtain
13  Counsel (ECF No. 98).  This is Plaintiff's second request to obtain counsel.  Plaintiff states that he
14  has contacted numerous attorneys, and is speaking to a couple of attorneys "in the next few days,"
15  but has not formally obtained counsel.  Plaintiff does not specify how much more time he needs
16  to retain counsel.

17      On October 31, 2016, an Order (ECF No. 82) was entered allowing Soto's counsel to
18  withdraw, and gave Soto until November 21, 2016 to retain counsel.  The court set a status check
19  for November 22, 2016.  At the status check, Soto appeared pro se and requested an additional 60
20  days to locate replacement counsel.  Although defense counsel objected to the extension, the court
21  granted Plaintiff an additional 60 days, or until January 23, 2017, to obtain counsel.  The court
22  stated that "Plaintiff has until 1/23/2017 to locate replacement counsel, or he will be deemed as
23  proceeding in pro se for all further proceedings."  Minutes of Proceedings (ECF No. 84).

24      The Plaintiff has had 90 days in which to find replacement counsel and now requests
25  another extension.  As the Plaintiff states that he is meeting with a couple of attorneys in the next
26  few days, the court will reluctantly grant Soto a one-week extension from the date of this order to
27  find substitute counsel who shall make an appearance in this case in accordance with the Local
28  Rules of Practice.  No further extensions will be allowed.  If counsel has not made an appearance

by the deadline, Soto will proceed in this matter pro se, that is representing himself from this point forward.  Soto will also be given a deadline to file his responses to pending motions for summary judgment filed December 22, 2016.

For the reasons stated,

**IT IS ORDERED** that:

1. William Soto's Motion for Extension of Time to Obtain Counsel (ECF No. 98) is **GRANTED**.  Soto shall have until **February 8, 2017** to retain substitute counsel who shall make an appearance in this case in accordance with the Local Rules of Practice.

2.  If counsel has not made an appearance by the deadline, Soto will be representing himself effective **February 8, 2017** in all further proceedings.

3. No further extension will be granted.

4. The Clerk of Court issued the standard order regarding the requirements of *Klingele* v *Eikenberry a*nd *Rand v Rowland* that outline how a pro se (self-represented) must respond to pending motions for summary judgment (ECF No 90).

**5.** Soto, shall have until **March 3, 2017** to file his responses to Defendants' pending motions for summary judgment (ECF Nos 88 and 89) through counsel if he has been able to retain counsel or on his own if he has not.  **Failure to timely file responses to the pending motions may result in dismissal of this case**, **and/or judgment entered in favor of the defendants.**

DATED this 1st day of February, 2017.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE