ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Ph. 702.508.9250
Fax 702.508.9365
adam@breedenandassociates.com
*Attorneys for Melanie Saljougui and Phillippe Rouas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIAM SOTO,

    Plaintiff,

vs.

ARIA RESORT & CASINO, LLC, a domestic Limited Liability Company;
MELANIE SALJOUGUI, an individual;
YONG HOON LEE, and individual;
JERALD HEDRICK, an individual;
ROBERT FISHBOURNE; an individual;
TODD OWEN, an individual; and
PHILIPPE ROUAS, an individual,

    Defendants.

CASE NO. 2:16-CV-00064-JAD-PAL

ECF No. 123

### STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANT PHILIPPE ROUAS ONLY

IT IS HEREBY STIPULATED by and between the undersigned that all claims of

// Defamation
// Slander
// Civil Conspiracy
// Intentional Interference with prospective economic
// disadvantage
//

Plaintiff William Soto against Defendant Phillippe Rouas only are hereby dismissed with prejudice, each party to bear their own fees and costs.

Dated this 26th day of September, 2017:   Dated this 22d day of September, 2017:

**BREEDEN & ASSOCIATES, PLLC**

*[signature]*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Phone: 702.508.9250
Fax: 702.508.9365
Adam@Breedenandassociates.com
*Attorneys for Defendants Saljougui and Rouas*

William Soto
697 W. White Sands Drive
Meridian, ID 83646
Phone: 208.573.9225
*Plaintiff in Proper Person*

*[signature]*

**IT IS SO ORDERED**   The Clerk of Court is directed to CLOSE THIS CASE.

_____
**DISTRICT COURT JUDGE**

September 26, 2017
_____
**DATE**