# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

William Soto,

    Plaintiff

v.

Aria Resort & Casino, LLC, et al.,

    Defendants

Case No.: 2:16-cv-00064-JAD-PAL

**Order Denying Motions for Attorneys' Fees**

[ECF Nos. 118, 121]

    The Aria defendants[1] and Melanie Saljougui moved for attorneys' fees after I granted summary judgment in their favor on all of plaintiff William Soto's claims.[2] Saljougui later notified the court that Soto had filed for Chapter 7 bankruptcy in the District of Idaho.[3] I reviewed the docket in that bankruptcy proceeding and discovered that a discharge under 11 U.S.C. § 727 had been granted to Soto.[4] So, I ordered the defendants to show cause why their motions for attorneys' fees should not be barred by the bankruptcy discharge.[5] The Aria defendants responded that they no longer intend to pursue their motion for fees;[6] Saljougui failed to respond and therefore failed to show cause.

    Accordingly, IT IS HEREBY ORDERED that the motions for attorneys' fees **[ECF Nos. 118, 121] are DENIED**.

Dated: May 31, 2018

                                    _____
                                    U.S. District Judge Jennifer A. Dorsey

---

[1] The Aria defendants are Aria Resort & Casino, LLC; Yong Hoon Lee; Jerald Hedrick; Robert Fishbourne; and Todd Owen.

[2] ECF Nos. 118, 121.

[3] ECF No. 130.

[4] *In re Soto*, No. 17-01352-JMM, Doc. 24 (Bankr. D. Idaho Jan. 24, 2018).

[5] ECF No. 131.

[6] ECF No. 132.